IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **BRANDON ANDERSON, DATARIK BOX,** | § | |
| **ISABEL CORREA, LILY GALANIS,** | § | |
| **KASANDRA HALL, HARMONY HUNT,** | § | |
| **LAKEITHSHA KING, JULIO MENDOZA,** | § | |
| **AMANDA THOMAS and CYNTHIA VAZQUEZ, Each Individually and on Behalf of All Others Similarly Situated,** | § | |
| Plaintiffs | § | |
| v. | § | Civil Action No. 4:22-cv-15 |
| **MVM, INC.,** | § | |
| Defendant. | § | |

**PARTIES' JOINT MOTION FOR ADDITIONAL STAY OF PROCEEDINGS
PENDING SETTLEMENT EFFORTS**

Plaintiffs Brandon Anderson, Datarik Box, Isabel Correa, Lily Galanis, Kasandra Hall, Harmony Hunt, Lakeithsha King, Julio Mendoza, Amanda Thomas, and Cynthia Vazquez (collectively referred to as "Plaintiffs") and defendant MVM, Inc. ("Defendant" and/or "MVM"), jointly request an additional 60-day stay of this action for all purposes so that the parties may continue to pursue settlement discussions in an effort to resolve their dispute. The parties respectfully show the following in support of their request:

1. On April 20, 2022, plaintiffs filed their Complaint with this Court alleging that MVM failed to them for all hours worked in violation of the Fair Labor Standards Act.

2. On January 17, 2023, the parties requested a stay of this action to engage in good-faith settlement discussions in an attempt to resolve plaintiffs' claims. On March 20, 2023, the parties requested an additional 45-day stay of this action to

continue to pursue settlement discussions.  That stay expires today, May 4, 2023.

3. The parties have continued to engage in settlement discussions and made progress in their settlement efforts.  The parties continue to believe such discussions will be their best opportunity to resolve this dispute without incurring significant additional litigation fees and costs which, once incurred, likely will have a negative impact on the ability of the parties to resolve the case via settlement.

4. Accordingly, in furtherance of the parties' settlement efforts, the parties jointly request an additional 60-day stay of the case for all purposes.  The parties agree to submit a joint status report on or before July 7, 2023 informing the Court of the status of their settlement discussions.  The parties believe this should provide them with sufficient time to determine whether this action can resolve without the need for further litigation.

5. If the parties have not resolved their dispute by July 5, 2023, then no later than July 7, 2023, the parties will either request an additional stay to continue settlement discussions or submit a proposed revised scheduling order.  Any proposed revised scheduling order will include a new deadline to complete discovery.

6. No prejudice will result to either party by granting this request, which is not made for purposes of delay.

WHEREFORE, the parties request that the Court grant the relief requested herein and stay all proceedings in this matter until July 5, 2023.

| | |
|---|---|
| Dated: May 4, 2023 | Respectfully submitted, |

*/s/ Colby Qualls*                              */s/ Kimberly R. Miers*

    Josh Sanford                                   Kimberly R. Miers
    Tex. Bar No. 24077858                  Texas Bar No. 24041482
    josh@sanfordlawfirm.com             kmiers@littler.com
    Colby Qualls                                    **LITTLER MENDELSON**
    Ark. Bar No. 2019246                  **A PROFESSIONAL CORPORATION**
    colby@sanfordlawfirm.com           100 Congress Avenue, Suite 1400
    SANFORD LAW FIRM, PLLC       Austin, Texas 78701
    Kilpatrick Plaza                               512.924.7087 (Telephone)
    10800 Financial Centre Pkwy,      512.532.6501 (Facsimile)
    Suite 510
    Little Rock, Arkansas 72211       */s/ Joshua B. Waxman*

                                                         Joshua B. Waxman (*pro hac vice*)
                                                         D.C. Bar No. 482135
                                                         jwaxman@littler.com
                                                         Allison S. Papadopoulos (*pro hac vice*)
                                                         D.C. Bar No. 1020310
                                                         apapadopoulos@littler.com
                                                         **LITTLER MENDELSON**
                                                         **A PROFESSIONAL CORPORATION**
                                                         815 Connecticut Avenue NW, Suite 400
                                                         Washington, DC 20006.4046
                                                         202.842.3400 (Telephone)
                                                         202.842.0011 (Facsimile)

                                                         */s/ Richard W. Black*
                                                         Richard W. Black (*pro hac vice*)
                                                         Georgia Bar No. 355846
                                                         rblack@littler.com
                                                         **LITTLER MENDELSON**
                                                         **A PROFESSIONAL CORPORATION**
                                                         3424 Peachtree Road, NE, Suite 1200
                                                         Atlanta, GA 30326.4803
                                                         404.233.0330 (Telephone)
                                                         404.233.2361 (Facsimile)

                                                         **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing upon the counsel below:

colby@sanfordlawfirm.com
Colby Sanford
josh@sanfordlawfirm.com
Josh Sanford
SANFORD LAW FIRM, PLLC
Kilpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

*Attorneys for Plaintiffs*

                        */s/ Kimberly R. Miers*
                        Kimberly R. Miers

4874-0879-1393.1 / 028330-1626