IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| BRANDON ANDERSON, DATARIK BOX, ISABEL CORREA, LILY GALANIS, KASANDRA HALL, HARMONY HUNT, LAKEITHSHA KING, JULIO MENDOZA, AMANDA THOMAS and CYNTHIA VAZQUEZ, Each Individually and on Behalf of All Others Similarly Situated, Plaintiffs v. MVM, INC., Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-15-DC-DF |

## PROPOSED ORDER

On this day, the Court considered the Parties' Joint Motion to Stay Proceedings Pending Settlement Efforts. It is, therefore, ORDERED that Joint Motion is GRANTED and that all proceedings in this matter are stayed until September 4, 2023. The Parties shall have until September 4, 2023 to either request an additional stay to continue settlement discussions or to submit a proposed revised scheduling order.

ENTERED on this _____ day of _____ 2023.

_____
The Honorable Judge David B. Fannin
United States Magistrate Judge