IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

**BRANDON ANDERSON, DATARIK BOX,**                                        **PLAINTIFFS**
**ISABEL CORREA, LILY GALANIS,**
**KASANDRA HALL, HARMONY HUNT,**
**LAKEITHSHA KING, JULIO MENDOZA,**
**AMANDA THOMAS and CYNTHIA**
**VAZQUEZ, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                 No. 4:22-cv-15-DC-DF

**MVM, INC.**                                                                                            **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

    I, Colby Qualls, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Kimberly R. Miers, Esq.
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 924-7087
Facsimile: (512) 532-6501
kmiers@littler.com

Joshua B. Waxman, Esq.
Allison Papadopoulos, Esq.
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW, Suite 400
Washington, DC 20006.4046
Telephone: (202) 842-3400
Facsimile: (202) 842-0011
jwaxman@littler.com

apapadopoulos@littler.com

Richard W. Black, Esq.
LITTLER MENDELSON, P.C.
3424 Peachtree Road, Suite 1200
Atlanta, Georgia 30326.4803
Telephone: (404) 233-0330
Facsimile: (404) 233-2361
rblack@littler.com

                                                */s/ Colby Qualls*____
                                                **Colby Qualls**