IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **BRANDON ANDERSON, DATARIK BOX, ISABEL CORREA, LILY GALANIS, KASANDRA HALL, HARMONY HUNT, LAKEITHSHA KING, JULIO MENDOZA, AMANDA THOMAS and CYNTHIA VAZQUEZ, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs.    No. 4:22-cv-15-DC-DF | |
| **MVM, INC.** | **DEFENDANT** |

### PROPOSED ORDER ON MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

NOW on the date set forth below, upon review of Attorney Colby Qualls' Motion to Withdraw as Attorney, this Court orders as follows:

1. Mr. Qualls' Motion to Withdraw as Attorney is hereby GRANTED.

DATED this ___ day of _____, 2023.

_____
The Honorable Judge David B. Fannin
United States Magistrate Judge